UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

|  |  |
|---|---|
| MCC HOLDINGS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>    and<br><br>ASC ENGINEERED SOLUTIONS, LLC,<br><br>    Defendant-Intervenor. | Court No. 18-00248 |

**DEFENDANT-INTERVENOR'S COMMENTS ON
THE FINAL RESULTS OF REMAND REDETERMINATION**

  Defendant-Intervenor ASC Engineered Solutions, LLC ("ASC") provides these comments in opposition to the Department of Commerce's December 19, 2022 Final Results of Remand Redetermination (the "*Third Redetermination*") (ECF No. 64). Rather than make any new findings or decisions, the *Third Redetermination* incorporates Commerce's December 21, 2021 Final Results of Remand Redetermination (the "*Second Redetermination*") (ECF No. 58) and reformats it as a final scope ruling. *Third Redetermination* at 8-10. This does not, however, remedy the shortcomings identified in ASC's comments to this Court on the *Second Redetermination*, which we incorporate by reference hereto. *See* Defendant-Intervenor's Comments On The Final Results Of Remand Redetermination (Jan. 20, 2022) (ECF No. 60). For the same reasons explained in ASC's previous comments, the *Third Redetermination* is unsupported by substantial record evidence and is otherwise not in accordance with law. *Id*. In

145627404

particular, Commerce, acting "under protest," erred by (1) finding that the Court directed a particular result, (2) improperly ignoring the plain meaning of the scope in favor of interpretations of certain "(k)(1)" materials, and (3) finding that it lacked discretion to interpret certain key language in the report of the International Trade Commission.  *Id*.

Respectfully, the Court should remand once again for Commerce to reconsider its decision.

                Respectfully submitted,

                */s/ Daniel Schneiderman*
                J. Michael Taylor
                Daniel L. Schneiderman

                **KING & SPALDING LLP**
                1700 Pennsylvania Avenue, NW
                Washington, DC  20006
                (202) 737-0500

January 3, 2023            Counsel for Defendant-Intervenor
                ASC Engineered Solutions, LLC

245627404

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

|  |  |
|---|---|
| MCC HOLDINGS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ASC ENGINEERED SOLUTIONS, LLC, <br><br> Defendant-Intervenor. | Court No. 18-00248 |

**CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that these comments regarding the final remand redetermination comply with the word-count limitation described in the Court's Standard Chambers Procedures. The comments contain **204** words according to the word count function of the word processing software used to prepare the memorandum.

        Respectfully submitted,

        */s/ Daniel Schneiderman*
        Daniel L. Schneiderman
        **KING & SPALDING LLP**
        1700 Pennsylvania Avenue, NW
        Suite 200
        Washington, DC 20006-4706
        (202) 626-2950

        Counsel for Defendant-Intervenor
        ASC Engineered Solutions, LLC

January 3, 2023

345627404